No. 92–635. WALSH *v.* BOARD OF ADMINISTRATION OF THE PUBLIC EMPLOYEES' RETIREMENT SYSTEM. Ct. App. Cal., 3d

App. Dist. Certiorari denied. JUSTICE KENNEDY took no part in the consideration or decision of this petition.